IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLLEEN KROK | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 09-cv-3821-EL |
| NCO FINANCIAL SYSTEMS, INC. | | |

O R D E R

**AND NOW, TO WIT:** this 5th day of October, 2009, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

Jurisdiction is retained to supervise and, if necessary, enforce implementation of settlement agreement or other consensual disposition.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**   /s/ K. Crispell
Kathryne M. Crispell
Deputy Clerk

Copies to:

**CRAIG THOR KIMMEL**   (By E-Mail)
ckimmel@lemonlaw.com,pmurray@lemonlaw.com,lgraham@lemonlaw.com

**SHANNON M. GEIER** (By Fax)
312-578-0991